IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                         Case No. 13-10071-JTM

AMOS BECKNELL,

        Defendant.

## **MEMORANDUM AND ORDER**

Before the court is defendant Amos Becknell's pro se Motion to Remit Special Assessment (Dkt. 102). Pursuant to 18 U.S.C. § 3013, defendant is subject to a special assessment of $500; $100 for each felony for which he was convicted. (Dkt. 80). Defendant filed motion asking the court to remit the special assessment. (Dkt. 102). However, the court cannot remit a previously imposed special assessment without a motion by the government. 18 U.S.C. §§ 3013(a)(2)(A), 3573; *see U.S. v. Roper*, 462 F.3d 336, 341 (4th Cir. 2006). The government has made no such motion.

IT IS ACCORDINGLY ORDERED this 29th day of October, 2014, that defendant's Motion (Dkt. 102) is DENIED.

                                                        s/ J. Thomas Marten
                                                        J. THOMAS MARTEN,
                                                               CHIEF JUDGE